```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**ALLISON WILLIAMS,**

      **Plaintiff,**

**v.**                    //    CIVIL ACTION NO. 1:05CV51
                                                 (Judge Keeley)

**ADVERTISING SEX LLC, ET AL,**

      **Defendants.**

### ORDER DENYING-IN-PART AND GRANTING-IN-PART ATTORNEY NOEL'S MOTION FOR PROTECTIVE ORDER (Dkt. No. 460)

At a hearing on September 18, 2009, the Court addressed the motion for Protective Order filed by Heather Noel ("Noel").

For the reasons stated on the record at this hearing, the Court **GRANTED-IN-PART** and **DENIED-IN-PART** Noel's motion resisting disclosure of documents containing communications with her former clients and their counsel on the basis of the attorney-client privilege, the lawyer's ethical duty of confidentiality, and the work product doctrine.

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to counsel of record and to mail a copy of this Order to the pro se parties, certified mail, return receipt requested.

DATED: September 25, 2009.

                                                     /s/ Irene M. Keeley
                                                   IRENE M. KEELEY
                                                   UNITED STATES DISTRICT JUDGE