

ETRAX PRODUCTIONS
and Ronald Yates
POB 5342
Arlington, TX 76005-5342
105cv51#467