

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

**ETRAX PRODUCTIONS
and Ronald Yates
POB 5342
Arlington, TX 76005-5342
105cv51#468, #469**

7003 0500 0004 3876 4322

PS Form 3800, June 2002    See Reverse for Instructions