AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| ALLISON WILLIAMS )<br>_Plaintiff_ )<br>v. )<br>ADVERTISING SEX LLC, ET AL )<br>_Defendant_ ) | Civil Action No. 1:05CV51 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐ **the plaintiff** _(name)_ _____ recover from the **defendant** _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑ **other:** pursuant to F.R.C.P. 58, the Clerk is directed to enter judgment on this matter.

This action was _(check one)_:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Irene M. Keeley
It is so ORDERED that based on the willful neglect of the defendants, Eric Ridley and Vidbidness, Inc., the Court FINDS that their motions are without merit and DENIES the defendants' motions for a new trial and for relief from judgment. In addition, this case is DISMISSED WITH PREJUDICE.

Date: 09/28/2009

CLERK OF COURT

**Cheryl Dean Riley**
_By Kim Denny_
_Signature of Clerk or Deputy Clerk_  _Deputy Clerk_