| Registered No. RB845170029US | | Date Stamp |
|---|---|---|
| Reg. Fee $11.50 | | 0750 |
| Handling Charge $0.00 | Return Receipt $0.00 | 03 |
| Postage $1.82 | Restricted Delivery $0.00 | 09/29/09 |
| Received by | db | |
| Customer Must Declare Full Value $ $0.00 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

OFFICIAL USE

**FROM:**
USDC NDWV
PO BOX 2857
500 West Pike St Room 301
Clarksburg, WV 26301

**TO:**
Guy Blomberg
PO Box 1821 Milton
Queensland Australia

PS Form **3806**, Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®