IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ALLISON WILLIAMS,

    Plaintiff,

v.                                     Civil Action No. 1: 05cv51
                                     (Chief Judge Irene M. Keeley)

ADVERTISING SEX, LLC, *et al.*,

    Defendants.

## SATISFACTION OF JUDGMENT AS TO DEFENDANTS ERIC RIDLEY AND VIDBIDNESS, INC.

NOW COMES the Plaintiff, Allison Williams, by counsel, Parween S. Mascari, of Jackson Kelly PLLC, and hereby acknowledges that the judgment in the above-styled action has been paid or otherwise settled through compromise with regard **only** to Defendant Eric Ridley and Defendant Vidbidness, Inc. The Clerk of the United States District Court for the Northern District of West Virginia is hereby notified and authorized and empowered to satisfy and cancel said judgment of record, but **only** as it relates to the **Defendants Eric Ridley and Vidbidness, Inc.**

    Dated: April 23, 2010.

                                                        Respectfully submitted,

                                                        **ALLISON WILLIAMS,**

                                                        By counsel,

/s/ Parween S. Mascari
Parween S. Mascari, Esquire
West Virginia Bar No. 9437
**JACKSON KELLY PLLC**
150 Clay Street, Suite 500
Morgantown, West Virginia 26501
(304) 284-4164 - Telephone
(304) 284-4142 - Facsimile

{M06447197.1}

## CERTIFICATE OF SERVICE

I, Parween S. Mascari, do hereby certify that on the 23rd day of April, 2010, I served the foregoing "SATISFACTION OF JUDGMENT AS TO DEFENDANTS ERIC RIDLEY AND VIDBIDNESS, INC.," to the following parties via ECF, U.S. Mail, or International Mail, as appropriate.

**CASTLE CO. PTY. LTD.**
**RUSSELL MOLES, GWENDOLINE MOLES**
**THE MOLES TRUST**
52 Doggett Street
Fortitude Valley, QLD 4006
Australia

Jeffrey V. Mehalic, Esquire
Law offices of Jeffrey Mehalic
2011 Quarrier Street
P.O. Box 11133
Charleston, WV 25339-1133
*Counsel for Eric Ridley and Vidbidness, Inc.*

**RONALD YATES**
**ETRAX PRODUCTIONS**
P.O. Box 5342
Arlington, TX 76005-5342

**GUY BLOMBERG**
P.O. Box 1821, Milton Q
Brisbane, QLD 4064
Australia

/s/ Parween S. Mascari
Parween S. Mascari (WVSB #9437)