IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
APR 20 2011
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

| | |
|---|---|
| ALLISON WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:05-cv-51 |
| ) | Judge Keeley |
| ADVERTISING SEX LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## AMENDED JUDGMENT ORDER

Consistent with the mandate of the Fourth Circuit Court of Appeals, it is hereby ORDERED that the Judgment Order entered in this matter on April 13, 2009 (Document 413) shall be and hereby is amended to add the following defendants:

ADVERTISING SEX, LLC;

WEB TRAFFIC, INCORPORATED;

SCOTT MOLES;

ZORG ENTERPRISES;

CHRIS BUCKLEY;

TROY SAVEGE (named as Troy Doe);

EYEGASMIC ENTERPRISES;

RAYMOND WILLIAMS;

NICHOLAS CAIN;

CAIN WEB DESIGN, INCORPORATED;

CHARLIE HINTZ; MENTAL SHED, LLC;

DARREN MCLAUGHLIN;

PERFORMANCE MARKETING GROUP, INCORPORATED;

SCOTT RICKETT;

GENOCIDE PRODUCTIONS;

TRACY WHITEWICK (named as Tracey Doe);

MANUEL NOTEN;

CRAIG BROWN;

WEBRESULTZ PTY LTD.;

FROSTYLIPS, LLC;

HENRY ROTTINE;

KENNETH M. BOYD;

EDITH G. BOYD;

PALMBEACH-ONLINE.COM,

INCORPORATED;

PETER SMALLWOOD;

PURPLE SKY PRODUCTIONS; and

MICHAEL VACIETIS.

April 20, 2011

United States District Judge Irene M. Keeley